MERWIN S. HAWLEY, RESPONDENT, v. ARTEMAS E. SACKETT, ADMINISTRATOR, ETC., AND OTHERS, APPELLANTS.

*Deed — when fraudulent as against creditor.*

Where one F., who was about to go into business, executed a deed of certain real estate to his father-in-law, without any money consideration therefor, intending to retain the property for his own use in case he should be unfortunate in business, which deed was not recorded, nor was the trust made public: *held*, that the conveyance was void as against subsequent creditors of F.*

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

————— —————, for the appellant.

*Spencer Clinton*, for the respondent.

Opinion by DONOHUE, J.

Present — TAPPEN AND DONOHUE, JJ.

Judgment affirmed with costs.

* Case v. Phelps, 39 N. Y., 164 ; Carpenter v. Roe, 10 id., 227 ; Fox v. Moyer, 54 id., 125.